In the Matter of the Application of JAMES P. KIERNAN, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn, Respondent.— Order dismissing petition for a peremptory mandamus order directing the petitioner's reinstatement to the position of superintendent of the bureau of public buildings and offices of the borough of Brooklyn, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Taylor, JJ.